Form CGFC1 (10/1/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13−34995−AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Juan C Quesada
aka Juan Carlos Quesada, aka Juan Quesada, aka Juan Carlos Quesada Diaz, aka Juan C Quesada Diaz, aka Juan Quesada Diaz
10239 NW 128th Terrace
Hialeah Gardens, FL 33018−6007

SSN: xxx−xx−0189

Christine M Quesada
aka Christine Quesada, aka Christine Marie Quesada
10239 NW 128th Terrace
Hialeah Gardens, FL 33018−6007

SSN: xxx−xx−2483

## NOTICE OF DEADLINE TO FILE CLAIMS

The trustee has filed a Notice of Assets in this case. **NOTICE IS HEREBY GIVEN THAT:**

All nongovernmental creditors of the above−named estate are required to file their claims pursuant to Bankruptcy Rule 3002(c)(5) on or before **8/14/14** in order to participate in the distribution of available funds. Pursuant to 11 U.S.C. § 502(b)(9), the deadline for filing claims by governmental units shall be the claims deadline set forth in this notice or 180 days after the date relief was ordered under chapter 7, whichever is later. Claims should be filed using the Official B10 Proof of Claim form available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
51 SW 1st Ave, Room 1510
Miami, FL 33130

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated: 5/14/14**

**CLERK OF COURT**
By: admin
Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.